# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

BLACKJEWEL, L.L.C., et al.

    Debtors[1],

Chapter 11
Case No. 19-30289
(Jointly Administered)

---

BLACKJEWEL, L.L.C., BLACKJEWEL HOLDINGS L.L.C., REVELATION ENERGY HOLDINGS, LLC, REVELATION MANAGEMENT CORPORATION, REVELATION ENERGY, LLC, DOMINION COAL CORPORATION, HAROLD KEENE COAL CO. LLC, VANSANT COAL CORPORATION, LONE MOUNTAIN PROCESSING, LLC, POWELL MOUNTAIN ENERGY, LLC, and CUMBERLAND RIVER COAL LLC,

    Plaintiffs,

v.

CLEARWATER INVESTMENT HOLDINGS, LLC

    Defendant.

Adv. Proceeding No. 3:20-ap-03008

## DEFENDANT CLEARWATER INVESTMENT HOLDINGS, LLC'S OWNERSHIP DISCLOSURE STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, Defendant Clearwater Investment Holdings, LLC, a Delaware limited liability company, by and through counsel, states

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's Taxpayer identification number are as follows:  Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).  The headquarters for each of the Debtors is located at P.O. Box 1010, Scott Depot, West Virginia 25560.

that Clearwater Investment Holdings, LLC is a private limited liability company that is wholly owned by Clearwater Trust. No publicly traded corporation directly or indirectly owns 10% or more of any class of its membership interests.

**CLEARWATER INVESTMENT HOLDINGS, LLC**

By: */s/ Janet Smith Holbrook*
    Of Counsel

Janet Smith Holbrook, WV Bar No. 5853
J.H. Mahaney, WV Bar No. 6993
**DINSMORE & SHOHL LLP**
611 Third Avenue
Huntington, West Virginia 25701
Tel.: 304-691-8830
Email: janet.holbrook@dinsmore.com
John.mahaney@dinsmore.com

**Counsel for Defendant,**
**CLEARWATER INVESTMENT HOLDINGS, LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

BLACKJEWEL, L.L.C., et al.

    Debtors,

Chapter 11
Case No. 19-30289
(Jointly Administered)

---

BLACKJEWEL, L.L.C., BLACKJEWEL HOLDINGS L.L.C., REVELATION ENERGY HOLDINGS, LLC, REVELATION MANAGEMENT CORPORATION, REVELATION ENERGY, LLC, DOMINION COAL CORPORATION, HAROLD KEENE COAL CO. LLC, VANSANT COAL CORPORATION, LONE MOUNTAIN PROCESSING, LLC, POWELL MOUNTAIN ENERGY, LLC, and CUMBERLAND RIVER COAL LLC,

    Plaintiffs,

v.

CLEARWATER INVESTMENT HOLDINGS, LLC

    Defendant.

Adv. Proceeding No. 3:20-ap-03008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Defendant Clearwater Investment Holdings, LLC's Ownership Disclosure Statement Pursuant to FED. R. BANKR. P. 7007.1"** was filed and served via the Court's CM/ECF system on July 17, 2020.

    /S/ Janet Smith Holbrook
    Janet Smith Holbrook, WV Bar No. 5853