## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

Pursuant to the *Mediation Order* [ECF No. 2885], as revised by the *Revised Mediation* [ECF No. 2907], entered in the above-captioned jointly administered bankruptcy cases, the undersigned judicial settlement officer[2] reports to the Court as follows:

1.    A mediation conference with (i) Blackjewel L.L.C. and its affiliated debtors and debtors-in-possession (collectively the "Debtors"), and their counsel; (ii) United Bank and its counsel; (iii) Jeffrey A. Hoops, Sr. and various entities affiliated with Mr. Hoops (collectively, the "Hoops Parties"), and their counsel; (iv) the Official Committee of Unsecured Creditors (the "Committee") and its counsel; (v) counsel for the United States Department of Labor; (vi) counsel for the United States Department of Interior; and (vii) counsel for the Kentucky Energy and Environment Cabinet was conducted on February 12, 2021.

2.    A further mediation conference with (i) the Debtors and their counsel; (ii) the Hoops Parties and their counsel; (iii) the Committee and its counsel; (iv) counsel for the United States Department of Labor; (v) counsel for the United States Department of Interior; and (vi) counsel for the Kentucky Energy and Environment Cabinet was conducted on February 15,

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).  The headquarters for each of the Debtors is located at PO Box 1010, Scott Depot, WV 25560.

[2]    By *Order* dated October 5, 2020 [ECF No. 2427], the undersigned was designated to serve as a judicial settlement officer in this case.

2021.  The foregoing parties did <u>not</u> reach a settlement and the mediation conference as to the foregoing parties was concluded on February 15, 2021.

     3.     A further mediation conference with (i) the Debtors and their counsel; and (ii) United Bank and its counsel was conducted on March 1, 2021.  The parties did <u>not</u> reach a settlement and the mediation conference was concluded on March 1, 2021.

Dated:  <u>March 5, 2021</u>         <u>/s/ Kevin R. Huennekens</u>
                                     Kevin R. Huennekens
                                     United States Bankruptcy Judge and
                                     Judicial Settlement Officer