# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425–3 | User: admin | Date Created: 7/29/2022 |
| Case: 3:20–ap–03008 | Form ID: pdf001 | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Anthony Wolfgang McGavran | wmcgavran@mcguirewoods.com |
| aty | Dion William Hayes | dhayes@mcguirewoods.com |
| aty | Frank J. Guadagnino | FGuadagnino@mcguirewoods.com |
| aty | Janet Smith Holbrook | janet.holbrook@dinsmore.com |
| aty | John (J.H.) Harlan Mahaney | john.mahaney@dinsmore.com |
| aty | K. Elizabeth Sieg | bsieg@mcguirewoods.com |
| aty | Mark E Freedlander | mfreedlander@mcguirewoods.com |
| aty | Scott A Kane | scott.kane@squirepb.com |
| aty | Scott A. Kane | scott.kane@squirepb.com |
| aty | Stephen D. Lerner | stephen.lerner@squiresanders.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| pla | Blackjewel, L.L.C. | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Blackjewel Holdings L.L.C. | 999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Revelation Energy Holdings, LLC | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Revelation Management Corporation | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Revelation Energy, LLC | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Dominion Coal Corporation | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Harold Keene Coal Co. LLC | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Vansant Coal Corporation | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Lone Mountain Processing, LLC | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Powell Mountain Energy, LLC | C/O Blackjewel Liquidation Trust    999 17th Street, Suite 700    Denver, CO 80202 |
| pla | Cumberland River Coal LLC | 999 17th Street, Suite 700    Denver, CO 80202 |
| smg | United States Attorney | Southern District WV    P.O. Box 1713    Charleston, WV 25326–1713 |
| smg | WV Department of Tax & Revenue | Bankruptcy Unit    P.O. Box 766    Charleston, WV 25323–0766 |
| ust | U.S. Trustee | 2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301 |
| ust | United States Trustee | 2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301 |

TOTAL: 15