# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Blackjewel, L.L.C., *et al.*, | : | Case No. 19-30289 |
| Debtors,[1] | : | (Jointly Administered) |
| | : | |
| BLACKJEWEL, L.L.C., et al. | : | Adv. Proc. No. 3:20-ap-03008 |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| CLEARWATER INVESTMENT | : | |
| HOLDINGS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Bankr. R. 7041, the Blackjewel Liquidation Trust (the "Trust"), as successor to the Debtors as Plaintiffs in the above-captioned action, and Defendants Jeffery A. Hoops, Sr. and Clearwater Investment Holdings, LLC ("Defendants") (each of the Trust and Defendants, a "Party"), by and through their respective counsel, hereby stipulate and agree that this action is dismissed with prejudice to refiling and with each Party to pay its own fees and costs.

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number were as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).

Stipulated and Agreed,

DATED: August 17, 2022

| **MCGUIREWOODS LLP** | **SUPPLE LAW OFFICE, PLLC** |
|---|---|

/s/ *Frank Guadagnino*
K. Elizabeth Sieg (admitted *pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
E-mail: bsieg@mcguirewoods.com

Mark E. Freedlander (admitted *pro hac vice*)
Frank Guadagnino (admitted *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Telephone: (412) 667-6000
E-mail: mfreedlander@mcguirewoods.com

A. Wolfgang McGavran (admitted *pro hac vice*)
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (202) 857-2471
E-mail: wmcgavran@mcguirewoods.com

*Counsel for Defendants*

Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Scott A. Kane*
Stephen D. Lerner (admitted pro hac vice)
Scott A. Kane (admitted pro hac vice)
John A. Tancabel (admitted pro hac vice)
Jennifer L. Dollard-Smith (admitted pro hac vice)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
scott.kane@squirepb.com
john.tancabel@squirepb.com
jennifer.dollard-smith@squirepb.com

*Co-Counsel to the Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Stipulation of Dismissal with Prejudice"** was filed and served upon counsel for Defendants via electronic mail this 17th day of August, 2022.

                                            */s/ Scott A. Kane*