# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Blackjewel, L.L.C., *et al.*, | : | Case No. 19-30289 |
| Debtors,[1] | : | (Jointly Administered) |
| | : | |
| BLACKJEWEL, L.L.C., et al. | : | Adv. Proc. No. 3:20-ap-03008 |
| | : | (Consolidated Cases Adv. Proc. No. 3:20-ap- |
| Plaintiffs, | : | 03012 and Adv. Proc. No. 3:20-ap-03015) |
| v. | : | |
| | : | |
| CLEARWATER INVESTMENT | : | |
| HOLDINGS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE
## INCLUDING ALL CONSOLIDATED CASES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Bankr. R. 7041, the Blackjewel Liquidation Trust (the "Trust"), as successor to the Debtors as Plaintiffs in the above-captioned consolidated cases, and Defendants Jeffery A. Hoops, Sr., Clearwater Investment Holdings, LLC, Lexington Coal Company, LLC, Triple H Real Estate, LLC, Lexington Coal Royalty Company, LLC, and Construction & Reclamation Services, LLC ("Defendants") (each of the Trust and Defendants, a "Party"), by and through their respective counsel, hereby stipulate and agree that this action, including each of the consolidated cases pending herein (*Blackjewel, L.L.C. et al. v. Lexington Coal Company, LLC et al.*, Adv. Proc. No. 3:20-ap-03012 and *Blackjewel, L.L.C. et al. v. Triple*

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number were as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).

*H Real Estate, LLC et al.*, Adv. Proc. No. 3:20-ap-03015), is dismissed with prejudice to refiling and with each Party to pay its own fees and costs.

Stipulated and Agreed,

DATED: August 17, 2022

| | |
|---|---|
| **MCGUIREWOODS LLP** | **SUPPLE LAW OFFICE, PLLC** |
| /s/ *Frank Guadagnino* | Joe M. Supple, Bar. No. 8013 |
| K. Elizabeth Sieg (admitted *pro hac vice*) | 801 Viand St. |
| Gateway Plaza | Point Pleasant, WV 25550 |
| 800 East Canal Street | Telephone: 304.675.6249 |
| Richmond, Virginia 23219 | Facsimile: 304.675.4372 |
| Telephone: (804) 775-1000 | joe.supple@supplelaw.net |
| E-mail: bsieg@mcguirewoods.com | |
| | – and – |
| Mark E. Freedlander (admitted *pro hac vice*) | |
| Frank Guadagnino (admitted *pro hac vice*) | **SQUIRE PATTON BOGGS (US) LLP** |
| Tower Two-Sixty | |
| 260 Forbes Avenue, Suite 1800 | /s/ *Scott A. Kane* |
| Pittsburgh, Pennsylvania 15222 | Stephen D. Lerner (admitted pro hac vice) |
| Telephone: (412) 667-6000 | Scott A. Kane (admitted pro hac vice) |
| E-mail: mfreedlander@mcguirewoods.com | John A. Tancabel (admitted pro hac vice) |
| | Jennifer L. Dollard-Smith (admitted pro hac vice) |
| A. Wolfgang McGavran (admitted *pro hac vice*) | 201 E. Fourth Street, Suite 1900 |
| 888 16th Street N.W., Suite 500 | Cincinnati, Ohio 45202 |
| Black Lives Matter Plaza | Telephone: 513.361.1200 |
| Washington, D.C. 20006 | Facsimile: 513.361.1201 |
| Telephone: (202) 857-2471 | stephen.lerner@squirepb.com |
| E-mail: wmcgavran@mcguirewoods.com | scott.kane@squirepb.com |
| | john.tancabel@squirepb.com |
| *Counsel for Defendants* | jennifer.dollard-smith@squirepb.com |
| | |
| | *Co-Counsel to the Plaintiff* |

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Amended Stipulation of Dismissal with Prejudice Including All Consolidated Cases"** was filed and served upon counsel for Defendants via electronic mail this 17th day of August, 2022.

*/s/ Scott A. Kane*