Form ntccanhr

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

In Re: Blackjewel, L.L.C. et al v. Clearwater Investment Holdings, LLC et al
Debtor(s)

Case No.: 3:20−ap−03008

Chapter: 0
Judge: Benjamin A Kahn

**NOTICE CANCELING HEARING**

    NOTICE IS HEREBY GIVEN that the hearing previously scheduled for 8/22/2022 at 9:30 a.m. in via Telephone is hereby canceled due to .

Dated: 8/17/22

    Lesley Hoops, Clerk

    By:

    Linda Bartlett
    Deputy Clerk